**Ato GATES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 75350.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 22, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 3, 1999.

Application for Transfer Denied
Sept. 21, 1999.

Annette Llewellyn, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen Pope Butler, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL Jr., J., and CLIFFORD H. AHRENS, J.

## ORDER

PER CURIAM.

Ato Gates (Movant) appeals the judgment overruling his Rule 24.035 motion for post-conviction relief without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Ernest BATTLE, Appellant.**

**No. 74330.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 22, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 29, 1999.

Application for Transfer Denied
Sept. 21, 1999.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Hawley, Asst. Atty. Gen., Jefferson City, for respondent.

Before PUDLOWSKI, P.J., CRANDALL and AHRENS, J.J.

## ORDER

PER CURIAM.

Ernest Battle (Defendant) appeals the judgment entered following his conviction for first degree murder and armed criminal action, in violation of sections 565.020 and 571.015, RSMo 1994, respectively. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).